```
                          United States Bankruptcy Court
                               District of Oregon
In re:                                                            Case No. 17-33992-tmb
West Linn Paper Company                                           Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0979-3          User: Admin.              Page 1 of 5              Date Rcvd: Feb 27, 2018
                              Form ID: pdf018           Total Noticed: 311

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.

```
db           West Linn Paper Company,    650 West Georgia Street, Suite 2900,    Vancouver,   V6B4N8,    CANADA
aty         +DAVID MANNION,    18500 Von Karman Ave, 5th Floor,    Irvine, CA 92612-0504
aty          JEREMY M. DOWNS,    55 East Monroe St #3300,    Chicago, IL 60603-5792
aty         +JORDAN A. KROOP,    2901 N. Central Ave #2000,    Phoenix, AZ 85012-2740
aty         +SCOTT BLAKELEY,    Blakeley LLP,    18500 Von Karman Ave 5th Flr,    Irvine, CA 92612-0537
101610961   +ABB Portland,    4800 SW Macadam, Suite 240,    Portland, OR 97239-3928
101610962    ABBA'S INTEGRITY LOCK & SAFE,    1839 Mollala Avenue,    Oregon City, OR 97045
101610966   +ADVENTURES IN ADVERTISING, INC.,    17704 SOUTH FIELDSTONE COURT,    OREGON CITY, OR 97045-8052
101610967   +AIRGAS SAFETY,    2355 Workman Mill Road,    Whittier, CA 90601-1459
101610968   +ALASKAN COPPER & BRASS,    PO BOX 5067,    PORTLAND, OR 97208-5067
101610970    ALPAC PULP SALES,    PO Box 8000,    Boyle, AB T0A 0M0,    CANADA
101610972    AMAZON.COM,    PO Box 035184,    Seattle, WA 98124-5184
101610977   +ASHLAND SPECIALTY INGREDIENTS G.P.,    PO BOX 116022,    ATLANTA, GA 30368-6022
101610963    Access Information Holdings, LLC,    PO Box 398306,    San Francisco, CA 94139-8306
101610964    Accountemps,    PO Box 743295,    Los Angeles, CA 90074-3295
101610965   +Ad Specialties, Inc.,    15855 SW Serena Ct.,    Tigard, OR 97224-4631
101610969  #+Allied Electronics, Inc.,    6700 SW 105th Ave, #106,    Beaverton, OR 97008-8831
101610971   +Alpha Bulk Logistics,    PO Box 710,    Piedmont, OK 73078-0710
101610973    American Medical Response,Inc,    PO Box 31001-1584,    Pasadena, CA 91110-1584
101610974    American Messaging,    PO Box 5749,    Carol Stream, IL 60197-5749
101610975    Applied Industrial Tech, Inc.,    10801 SW Avery St.,    Tualatin, OR 97062-8568
101610976    Armstrong Transport Group, Inc.,    PO Box 745100,    Atlanta, GA 30374-5100
101610978   +Associated North West, Inc.,    PO Box 4671,    Portland, OR 97208-4671
101610979    Atmosera,    PO BOX 2518,    Portland, OR 97208-2518
101610981   +B & B PRINT SOURCE,    9040 SW BURNHAM ST,    TIGARD, OR 97223-6124
101610982    BASF,    PO BOX 121151,    DALLAS, TX 75312-1151
101610985   +BAY AREA IND. FILTRATION, Inc.,    PO BOX 2071,    SAN LEANDRO, CA 94577-0207
101610986   +BAY VALVE SERVICE LLC,    4385 S. 133rd Street,    Tukwila, WA 98168-3284
101610987   +BBC Steel,    2001 Township Rd.,    Canby, OR 97013-9734
101610989    BELGRAVIA INVESTMENTS, LTD.,    Suite 2900 PO Box 11583,    Vancouver, BC V6B 4N,    CANADA
101610990   +BELLAGIOS PIZZA,    PO BOX 2806,    WILSONVILLE, OR 97070-2806
101610991    BENNETT, F.E., Inc.,    739 NE BROADWAY,    PORTLAND, OR 97232-1213
101610992   +BENZ AIR ENGINEERING, INC.,    7959 SW CIRRUS DRIVE,    BEAVERTON, OR 97008-5977
101610993    BERCEN INC.,    PO BOX 842203,    BOSTON, MA 02284-2203
101610994   +BIGGER, BOBBY <Mail PO>,    54084 KALBERER RD,    SCAPOOSE, OR 97056-2303
101610998   +BRAKE TECHNIQUE, INC,    196 Universal Rd.,    Selinsgrove, PA 17870-8659
101611002    BURLINGTON NORTHERN RAILROAD,    3110 SOLUTIONS CENTER,    CHICAGO, IL 60677-3001
101610983   +Batteries Plus, Inc.,    3045 Lancaster Drive NE,    Salem, OR 97305-1348
101610984    Battery X-Change Industrial,    PO Box 14887,    PORTLAND, OR 97293-0887
101610988   +Bearcom,    7525 NE AMBASSADOR PLACE,    PORTLAND, OR 97220-6808
101610995   +Blakeley LLP,    18500 Von Karman Ave,    Irvine, CA 92612-0537
101610996   +Bobby Brown's Special Delivery,    800 NE Tenney RD 110-428,    Vancouver, WA 98685-2831
101610999   +Brawn Mechanical Corp,    PO Box 1746,    Clackamas, OR 97015-1746
101611000   +Bria Creative,    141 Barclay Ave,    Oregon City, OR 97045-3201
101611001   +Buchanan Automation Inc.,    P.O. Box 1249,    Snohomish, WA 98291-1249
101611003    C.H. Robinson Worldwide, Inc.,    PO Box 9121,    Minneapolis, MN 55480-9121
101611006    CANFOR PULP SALES LTD,    1700 WEST 75TH AVE,    Vancouver, BC V6P 6G2,    CANADA
101611008   +CARCO INDUSTRIES INC,    20803 SW 105th Avenue,    Tualatin, OR 97062-9512
101611009   +CARGILL, INC.,    PO BOX 1467,    CEDAR RAPIDS, IA 52406-1467
101611010   +CARSON OIL COMPANY,    PO Box 5636,    Portland, OR 97228-5636
101611012    CASCADE COLUMBIA,    PO BOX 24745,    SEATTLE, WA 98124-0745
101611013   +CASCADE SONOCO,    PO BOX 98330,    Tacoma, WA 98496-8330
101611014    CDW Direct, Inc.,    PO Box 75723,    Chicago, IL 60675-5723
101561439   +CDW LLC,    Attn Vida Krug,    200 N Milwaukee Ave,    Vernon Hills IL 60061-1577
101611015   +CEM Corporation,    PO box 200,    Matthews, NC 28106-0200
101611018   +CESCO CHEMICALS INC.,    2227 Midway Lane,    BELLINGHAM, WA 98226-1218
101611019   +CHEMICAL TRANSFER CO., INC.,    5753 N. E. 92ND DR.,    PORTLAND, OR 97220-1318
101611022   +CHRISTENSON ELECTRIC INC.,    17201 NE Sacramento St.,    PORTLAND, OR 97230-5941
101611023    CHRYSLER FINANCIAL,    PO Box 660647,    Dallas, TX 75266-0647
101611024   +CIRC D NATALE MAC & TOOL CO., Inc.,    339 13TH STREET,    CARLSTADT, NJ 07072-1917
101611028   +CMI ENGINEERING, INC.,    PO BOX 270517,    Louisville, CO 80027-5008
101611029   +COLUMBIA RIVER CARBONATES,    300 N Pekin Road,    WOODLAND, WA 98674-9541
101611030    COMMERCIAL TRAFFIC COMPANY,    PO BOX 72543,    CLEVELAND, OH 44192-0543
101611034   +CPRLIFE LINE,    9320 SW BARBUR BLVD,    PORTLAND, OR 97219-5437
101611004   +Calhoun & DeJong Inc.,    3907 N Interstate Ave.,    Portland, OR 97227-1070
101611005    Calpine Energy Solutions,    24220 Network Place,    Chicago, IL 60673-1242
101572198   +Calpine Energy Solutions LLC,    ATTN: Michael Shaffer,    401 West A St #500,
              San Diego, CA 92101-7991
101613621   +Canfor Pulp Ltd,    Euler Hermes North America Ins Co,    AGENT OF Canfor Pulp Ltd,
              800 Red Brook Blvd,    Owings Mills, MD 21117-5173
101611007   +Capstone Technology Corp.,    PO Box 871300,    Vancouver, WA 98687-1300
101611011   +Cascade Automation Inc.,    1702 28th Street,    Springfield, OR 97477-7803
101611017    Ceridian HCM Inc.,    PO Box 772830,    Chicago, IL 60677-2830
101611020    Chemsearch, Inc.,    PO Box 971269,    Dallas, TX 75397-1269
101611021   +Child Truck Line, Inc.,    7117 NE 47th Ave,    Vancouver, WA 98661-1321
```

```
101611025      +Clackamas Auto Parts, Inc.,    1009 Main Street,    Oregon City, OR 97045-1093
101611027      +Clampitt Paper Co Dallas,    9207 Ambassador Row,    Dallas, TX 75247-4587
101611031       Computronix,    200, 18354 - 118 Avenue NW,    Edmonton, AB T5S 2G2,    CANADA
101611032       Continental Disc Corp,    P.O. Box 956897,    St. Louis, MO 63195-6897
101611033      +Courtney & Nye, Inc.,    3732 Profit Way,    Chesapeake, VA 23323-1511
101611035      +Crane, John Inc.,    15912 SW 72nd Avenue,    Portland, OR 97224-7936
101611036      +DATA SUPPORT CO. INC.,    P.O. Box 261338,    Encino, CA 91426-1338
101611038     #+DENNIS DRIES,    P.O. Box 640,    SANDY, OR 97055-0640
101611040      +DOCK & DOOR GUYS,    1206 N. Columbus Avenue,    Goldendale, WA 98620-3316
101611037      +Davis Wright Tremaine LLP,    1300 SW 5th Ave,    Portland, OR 97201-5682
101611039       Development Specialists, Inc.,    Three First National Plaza,    Chicago, IL 60602-4250
101611041      +E U AUTOMATION,    871 Busse Road,    Elk Grove Village, IL 60007-2442
101611042      +E.S. Constant Company,    1072 NW Corporate Drive,    Troutdale, OR 97060-9540
101611043      +EKMAN & CO. INC.,    PO BOX 641804,    PITTSBURGH, PA 15264-1804
101611044      +ELJAYS MACHINE,    4416 NE 58th Street, Suite B,    Vancouver, WA 98661-2159
101611047      +EMPIRE RUBBER & SUPPLY,    80 S.E. Taylor St.,    PORTLAND, OR 97214-2117
101611048      +ENVIRONMENTAL PROTECTION SVCS OF OREGON,    PO BOX 21763,    KEIZER, OR 97307-1763
101611050      +EZ Pest Management Services, Inc.,    7345 SE 65th Avenue,    Portland, OR 97206-8008
101611045       Emma Inc.,    75 Remittance Drive,    Chicago, IL 60675-6222
101611046      +Emmons Computer Support,    PO Box 275,    Newberg, OR 97132-0275
101611049       Express Services, Inc.,    PO Box 4427,    Portland, OR 97208-4427
101611051      +FEDERAL EXPRESS,    6756 NE ALDERWOOD RD,    PORTLAND, OR 97218-2829
101611054      +FLEETPRIDE TRUCK & TRAILER PARTS,    201 N. Columbia Blvd,    Portland, OR 97217-1003
101611056      +FP PIGMENTS INC.,    PO BOX 2278,    ROME, GA 30164-2278
101594992       Fed Ex Corporate Services Inc.,    as Assignee offi FedEx Express/,    Ground/Freight/Office,
                 3965 Airways Blvd,    Module G 3rd Fl,    Memphis, TN 38116-5017
101611052       Fedex Freight,    Dept LA,    Pasadena, CA 91185-1415
101611053      +Filter Technology, Inc.,    4080 SE International Way,,    Milwaukie, OR 97222-6063
101611055       Ford Credit, LLC,    P.O. Box 552679,    Detroit, MI 48255-2679
101611057      +G&K SERVICES,    1001 SW 34TH STREET,    RENTON, WA 98057-4813
101611058      +GALCO INDUSTRIAL ELECTRONICS, Inc.,    26010 Pinehurst Dr.,    Madison Heights, MI 48071-4189
101611059       GARLAND INDEPENDENT SCHOOL DIST,    GARLAND, TX 75046-1407
101611060      +GASKET SPECIALTIES,    13035 NE AIRPORT WAY,    PORTLAND, OR 97230-1034
101611065       GM Financial Leasing,    75 Remittance Drive,    Chicago, IL 60675-1738
101611066       GO2Paper,    6114 LaSalle Ave #283,    Oakland, CA 94611-2802
101611069      +GREAT WESTERN PUMP CO., Inc.,    1531 WEST NICKERSON ST,    SEATTLE, Wa 98119-1631
101619595      +Garland Independent School District,    C/O PERDUE BRANDON FIELDER ET AL,
                 500 E BORDER STREET, SUITE 640,    ARLINGTON, TX 76010-7457
101611061      +Gayle Baker Yoga,    2040 Maple Terrace,    West Linn, OR 97068-2623
101611062      +General Electric International, Inc.,    8100 NE Parkway Drive, Suite 330,
                 Vancouver, WA 98662-7963
101611063       General Tool & Supply Co.,    File 57463,    Los Angeles, CA 90074-7463
101611064      +Get A Flushot.com,    2580 Kensington Ct.,    West Linn, OR 97068-4167
101611068      +Gratton Warehouse Company,    11005 E Circle,    Omaha, NE 68137-1228
101611070       Gulick Trucking, Inc.,    5419 NE 88th St., Unit G,    Vancouver, WA 98665-0994
101611071      +H2OREGON,    3575 CRATES WAY,    DALLES, OR 97058-3556
101611072      +HACH COMPANY,    2207 Collections Center Drive,    Chicago, IL 60693-0022
101611073      +HARDER MECHANICAL CONTRACTORS,    P.O. BOX 5118,    PORTLAND, OR 97208-5118
101611074      +HAXTON'S CANVAS & UPHOLSTERY,    12111 SE Hwy 212,    Clackamas, OR 97015-9039
101611075      +HEWLETT-PACKARD CO,    20555 STATE HIGHWAY 249,    HOUSTON, TX 77070-2698
101611076      +HOME DEPOT,    2002 Washington Street,    Oregon City, OR 97045-1051
101611078      +HORNER ENTERPRISES, INC.,    P.O. BOX 442,    Sweet Home, OR 97386-0442
101611080      +HUDSON PRINTING,    PO BOX 65889,    SALT LAKE, UT 84165-0889
101611082       HYG Financial Services Inc.,    PO Box 30310,    Los Angeles, CA 90030-0310
101611079      +Hub & Spoke Marketing,    22504 NE Osman Rd,    Battle Ground, WA 98604-9655
101611081      +Hydra Power Systems,    P.O. BOX 82939,    PORTLAND, OR 97282-0939
101611084      +INDUSTRIAL TIRE SERVICE, Inc.,    7331 NE KILLINGSWORTH,    PORTLAND, OR 97218-3734
101611086      +INFORMED DECISION, Inc.,    60 N. Rancho Road, Suite 22,    THOUSAND OAKS, CA 91362-6022
101611089      +IVS Incorporated,    750 Junction Street,    Plymouth, MI 48170-1228
101611083      +In-Plant Printing & Mailing Association,    103 North Jefferson Street,    Kearney, MO 64060-8373
101611085      +Industry Intelligence Inc.,    1990 S Bundy Dr.,    Los Angeles, CA 90025-5240
101611087      +Insight Global Inc.,    PO Box 198226,    Atlanta, GA 30384-8226
101611088      +Integrity Staffing, Inc.,    PO Box 1935,    Tualatin, OR 97062-1935
101611090      +J.B. HUNT TRANSPORT, INC.,    PO BOX 695,    LOWELL, AR 72745-0695
101611092      +JSI Global Solutions,    135 Celtic BLVD.,    Tyrone, GA 30290-2724
101611093      +JUD Corporation,    3732 PROFIT WAY,    CHESAPEAKE, VA 23323-1511
101611091       John R. Ames, CTA, Tax Assessor/Collecto,    PO Box 139066,    Dallas, TX 75313-9066
101611097      +KASON CORP  C/O ABM,    67-71 EAST WILLOW STREET,    MILLBURN, NJ 07041-1461
101611101     ++KEMIRA CHEMICALS,    1000 PARKWOOD CIRCLE,    SUITE 500,    ATLANTA GA 30339-2130
                (address filed with court: Kemira Water Solutions,    1000 Parkwood Circle, Ste 500,
                 Atlanta, GA 30339)
101611103      +KENYON, WILLIAM & SONS,    90 ETHEL ROAD WEST,    PISCATAWAY, NJ 08854-5929
101611105      +KLEINSCHMIDT,    450 LAKECOOK RD,    DEERFIELD, IL 60015-5510
101611106       KLINGER IGI Inc.,    9325 SW Ridder Rd., Suite 420,    Wilsonville, OR 97070-8737
101611109       KURARAY AMERICA INC.,    DEPT CH 3122,    DALLAS, TX 75312-3122
101611094      +Kadant Johnson Inc.,    805 Wood Street,    Three Rivers, MI 49093-1011
101611095      +Kadant Solutions Division,    35 Sword Street,    Auburn, MA 01501-2146
101611096       Kaiser Permanente Kaiser on The Job,    Kaiser on the Job,    Portland, OR 97208-4255
101611099      +Kelley Imaging Systems,    10865 SW 5th Street,    Portland, OR 97005-3453
101611098       Kelley Imaging Systems,    P.O. Box 790448,    St. Louis, MO 63179-0448
```

```
101611100      +Kelly Paper Company,   925 SE Clay Street,    Portland, OR 97214-3561
101611102      +Kemira Water Solutions, Inc.,    1000 Parkwood Circle,    Atlanta, GA 30339-2131
101611104      +Kleenair Products Co. Inc.,    14230 SE 98th Ct.,    Clackamas, OR 97015-9646
101611107      +Knichel Logistics Inc,    PO Box 6116,    Hermitage, PA 16148-0916
101611108      +Konecranes Inc.,    2903 NE 109th Ave., Suite A,    Vancouver, WA 98682-7273
101611110      +L. NEILL WAREHOUSE,    5400 PROVISO DR.,    BERKELEY, IL 60163-1204
101611111      +LEGACY HEALTH SYSTEMS,    PO BOX 5337,    PORTLAND, OR 97228-5337
101611112      +LEWIS C. HOWARD, INC.,    760 EAST VINE STREET,    KALAMAZOO, MI 49001-3040
101611113       LEXUS FINANCIAL SERVICES,    Attn: BSG Cashier,    Cedar Rapids, IA 52409
101611114      +MAINTENANCE METROLOGY,    2427 W Berkley Ln,    Hayden, ID 83835-8032
101611117       MARUBENI AMERICA CORPORATION,    375 LEXINGTON AVE,    NEW YORK, NY 10017-5644
101611119       MAUL FOSTER ALONGI, INC.,    400 East Plain Blvd.,    Vancouver, WA 98660
101611124      +MIDWESTERN INDUSTRIES, INC.,    P.O. BOX 1285,    EDMONDS, WA 98020-1285
101611127      +MILWAUKEE CRANE & EQUIPMENT,    10250 SW NORTH DAKOTA ST,    TIGARD, OR 97223-4328
101611128      +MITCHELL, LEWIS & STAVER,    9935 SW COMMERCE CIRCLE,    WILSONVILLE, OR 97070-8608
101611131      +MOO Inc,    14 Blackstone Valley Place,    Lincoln, RI 02865-1145
101611133       MURPHY WAREHOUSE COMPANY,    Accounts Receivable,    MINNEAPOLIS, MN 55414
101611115      +Mallory Safety & Supply Co.,    2135 NW 21st,    Portland, OR 97209-1807
101611118       Matheson Tri-Gas Inc,    DEPT LA 23793,    Pasadena, CA 91185-3793
101611120      +Maverick Welding Supplies, Inc.,    1737 Washington Street,    Oregon City, OR 97045-1066
101611121       McMaster-Carr,   PO Box 54960,    Los Angeles, CA 90054-0960
101611122       Mettler Toledo Scale Company,    PO Box 730867,    Dallas, TX 75373-0867
101611123      +Midwest Air Parts, Inc,    S84 W19222 Enterprise Drive,    Muskego, WI 53150-8730
101611125       Millar Western Forest Products,    16640-111 Avenue,    Edmonton, AB T5M 2S5,    CANADA
101611126      +Miller Brothers Express, LC,    PO Box 150831,    Ogden, UT 84415-0831
101611129      +Moda Health,   601 SW Second Ave.,    Portland, OR 97204-3199
101611130      +Modern Data Products,   22122 Sherman Way, Suite 209,    Canoga Park, CA 91303-1138
101611132       Moss Adams LLP,    PO Box 101822,    Pasadena, CA 91189-1822
101611134      +My Binding,    5500 NE Moore Court,    Hillsboro, OR 97124-6421
101611137      +NATIONAL FILTER MEDIA CORP.,    691 N 400 WEST,    SALT LAKE CITY, UT 84103-1313
101611141      +NORTHWEST AUTOMATION PRODUCTS,    7190 SW Sandburg Suite 20,    Portland, OR 97223-8164
101611142       NORTHWEST NATURAL GAS CO.,    P.O. BOX 6017,    PORTLAND, OR 97228-6017
101611143      +NORTHWEST PUMP & EQUIPMENT,    2800 NW 31st Avenue,    Portland, OR 97210-1720
101611146      +NW FLUID SYSTEM TECHNOLOGIES, INC,    5216 NE 158th Ave.,    Portland, OR 97230-4937
101611135      +Nalco Company,    5210 NW FRUIT VALLEY RD,    VANCOUVER, WA 98660-1245
101611136      +Nancy Plowman Associates  Inc,    30-32- Ray Ave.,    Burlington, MA 01803-4721
101611138      +North Coast Electric Co.,    625 N. Thompson,    Portland, OR 97227-1896
101611139       Northern Safety & Industrial,    P.O. Box 4250,    Utica, NY 13504-4250
101611140     #+Northwest Adhesives, Inc.,    6013 NE 127th Avenue,    Vancouver, WA 98682-5856
101611144      +Norwest Safety, Inc.,    645 Wilson Street,    Eugene, OR 97402-2623
101611145      +Nurnberg Scientific Distributors, LLC,    6310 SW Virginia,    Portland, OR 97239-3619
101611147      +Open Function Computers,    PO BOX 12193,    Portland, OR 97212-0193
101611148       Oregon Industrial Repair, Inc.,    PO BOX 1053,    SALEM, OR 97308-1053
101611149      +Overton Safety Training, Inc.,    P.O. Box 6297,    Aloha, OR 97007-0297
101611150       P G E,    PO BOX 4438,    PORTLAND, OR 97208-4438
101611153       PACIFIC MACHINERY & TOOL,    3445 NW LUZON ST.,    PORTLAND, OR 97210-1694
101611155       PACIFIC PRINTING INDUSTRIES ASSOC.,    PO Box 23575,    Portland, OR 97281-3575
101611161       PARR LUMBER,   PO Box 2690,    Portland, OR 97208-2690
101611162      +PARTSMASTER / Xergon,    P.O. Box 655326,    Dallas, TX 75265-5326
101611163      +PC ENGINEERING, INC,    19740 NE SUNNYCREST RD.,    Newberg, OR 97132-6786
101611165       PERKINS COIE,    1201 THIRD AVENUE, 40TH FLOOR,    SEATTLE, WA 98101-3099
101611167       PGE Distribution Services,    PO Box 3340,    Portland, OR 97208-3340
101611168       PGE POLES,    P.O. BOX 3340,    PORTLAND, OR 97208-3340
101611169       PGE PUBLIC PURPOSE PROGRAM,    Accounts Receivable,    Portland, OR 97204
101611170      +PLATT ELECTRIC CO. Inc.,    322 SE Taylor,    Portland, OR 97214-2157
101611174      +PPC, LLC,    1000 Armory Place,    Brandenburg, KY 40108-1732
101611177      +PRECISION HYDRAULICS,    2715 N.W. St. Helens Highway,    Portland, OR 97210-2243
101611178       PRICEWATERHOUSECOOPERS LLP,    354 Davis RD,    Oakville, ON L6J 0C5,    CANADA
101611180      +PROCEQ USA, Inc.,    117 Corporation Drive,    Aliquippa, PA 15001-4859
101611151      +Pacific Combustion Engineering/Ponder Bu,    42400 Christy Street,    Fremont, CA 94538-3141
101611152       Pacific Industrial Service Inc.,    1800 RR Avenue,    St. Helens, OR 97051
101611154      +Pacific Papertech,    18210 SE 20th Way,    Vancouver, WA 98683-1800
101611156      +Pape  Material Handling Exchange,    7000 SW Sandburg Street,    Tigard, OR 97223-8040
101611157      +Paper & Packaging Boards,    PO Box 771711,    Memphis, TN 38177-1711
101611159      +PaperSpecs.com, Inc.,    127a Coleridge Ave,    Palo Alto, CA 94301-3520
101611158      +Paperchine,    1155 Prarie Hill Rd,    Rockton, IL 61072-1545
101611160      +Paramount Supply Company,    PO Box 14096,    Portland, OR 97293-0096
101611166       Peterson Industrial Products,    Portland, OR 97210
101611172       Portland Community College Bookstore,    Attn: 3PB Accounts Receivable,    Portland, OR 97219
101611175      +Praxair,    P.O BOX 1986,    DANBURY, CT 06813-1986
101611176      +Precision Equipment Inc.,    8440 N. Kerby,    Portland, OR 97217-1017
101611179      +Prime Converting Corporation,    PO Box 3207,    Rancho Cucamonga, CA 91729-3207
101611181      +Providence Industrial Electronics,    201 E. Main Street,    Pilot Mountain, NC 27041-8521
101611182      +PumpTech Inc.,    321 S. SEQUOIA PARKWAY,    CANBY, OR 97013-7825
101611183       R L  CARRIERS,    PO Box 10020,    Port William, OH 45164-2000
101611184      +RADIO CAB,    1613 NW KEARNEY,    PORTLAND, OR 97209-2385
101611185       RADWELL INTERNATIONAL INC.,    PO Box 419343,    Boston, MA 02241-9343
101611188      +RESOLUTE FP US INC.,    CUSTOMER SERVICE CENTER,    CATAWBA, SC 29704
101611191       ROUND TABLE PIZZA,    19121 HWY 43,    WEST LINN, OR 97068
101611192       RYECO, INC,    810-B PICKENS INDUSTRIAL DR.,    MARIETTA, GA 30062
```

```
101611186      +Ram Trucking, Inc,    PO BOX 398,    Brownsville, OR 97327-0398
101611187       Republic Services #455,    PO Box 78829,    Phoenix, AZ 85062-8829
101611189      +Rinella Produce,    PO BOX 14786,    Portland, OR 97293-0786
101611190       Rogers Machinery Company, Inc.,    14650 SW 72nd Ave.,    Portland, OR 97224-7962
101611197       SEALMASTER,    368 Martinel Drive,    KENT, OH 44240-4368
101611198       SECURITAS SECURITY SERVICES USA, INC,    FILE 57220,    LOS ANGELES, CA 90074-7220
101611202      +SONOCO,    1620 Downriver Drive,    Woodland, WA 98674-9544
101611203      +SOS SERVICE, INC.,    PO BOX 509,    ANGOLA, IN 46703-0509
101611204      +SOUTHWEST OFFICE SUPPLY & INTERIORS,    3205 NW Yeon,    Portland, OR 97210-1538
101611205      +SPECIALTY MINERALS INC.,    PO BOX 1046,    CAMAS, WA 98607-0046
101611206       STERN PARTNERS, INC.,    SUITE 2900  PO BOX 11583,    Vancouver, BC V6B 4N8,    CANADA
101611211       SYNTHOMER LLC,    FIFTH THIRD BANK,    CHICAGO, IL 60689-5317
101611193      +Safety Electric Inc,    PO Box 13699,    Salem, OR 97309-1699
101611194      +Sam A. Mesher Tool,    1704 NW JOHNSON STREET,    PORTLAND, OR 97209-2387
101611195       Savant Automation, Inc.,    2748-A Courier Dr. NW,    Grand Rapids, MI 49534-1267
101611196       School Outfitters,    PO Box 638517,    Cincinnati, OH 45263-8517
101611199      +ServiceMaster Bld Maint. O.C.,    PO BOX 1213,    CLACKAMAS, OR 97015-1213
101611200      +Siemens Industry Inc.,    22010 SE 51st Street,    Issaquah, WA 98029-7298
101611201      +Solenis LLC,    500 Hercules RD,    Wilmington, DE 19808-1513
101611207      +Sticker Giant,    880 Weaver Park Road,    Longmont, CO 80501-6024
101611208      +Sturm Elevator, Inc.,    PO BOX 3008,    CLACKAMAS, OR 97015-3008
101611209     #+Sunset Trading,    9901 NE 7TH AVE.,    VANCOUVER, WA 98685-4529
101611210      +Supply Chain Services,    5600 Memorial Ave N.,    Stillwater, MN 55082-1087
101611212       TEAM INDUSTRIAL SERVICES,    PO Box 842233,    Dallas, TX 75284-2233
101611215       TFM NORTH AMERICA INC.,    P.O. BOX 872377,    VANCOUVER, WA 98687-2377
101611216       THE ANDERSONS,    NW 6172,    Minneapolis, MN 55485-6172
101611218      +THIELE KAOLIN COMPANY,    P.O. BOX 1056,    SANDERSVILLE, GA 31082-1056
101611220      +TRADE TREE ONLINE,    1653 FAIRNTOSH DR.,    FORT MILL, SC 29715-7726
101611221      +TRI-MOTOR & MACHINERY,    24460 S. Hwy 99E,    CANBY, OR 97013-9518
101611222      +TRINSEO LLC,    2030 DOW CENTER,    MIDLAND, MI 48674-1500
101611223      +TRN TRANSPORTATION CO. INC.,    5400 PROVISO DRIVE,    BERKELEY, IL 60163-1204
101611224       TROY LAMINATING & COATING,    PO Box 786886,    PHILADELPHIA, PA 19178-6886
101611225       TUFF AUTOMATION INC,    2562 Courier Court,    Walker, MI 49544
101611213      +Technidyne Corp.,    100 QUALITY AVE.,    NEW ALBANY, IN 47150-7222
101611214       Test America Laboratories, Inc,    PO Box 204290,    DALLAS, TX 75320-4290
101611217      +The Rueck Company Inc,    6515 SW Fallbrook Place,    Beaverton, OR 97008-5465
101611219      +Totally Chocolate, LLC,    2025 Sweet Road,    Blaine, WA 98230-9198
101604245      +Troy Laminating & Coating,    Coface North America Insurance Company,
                 650 College Road East, Suite 2005,    Princeton, NJ 08540-6779
101600958      +U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance,    1310 Madrid Street,
                 Marshall, MN 56258-4099
101611226      #U.S. Paper Converters,    4808 W. Converters Drive,    Appleton, WI 54913-7944
101611228      +UNION PACIFIC DISTRIBUTION SER,    3624 COLLECTION CENTER DRIVE,    CHICAGO, IL 60693-0036
101611229       UNION PACIFIC RAILROAD CO.,    PO BOX 502453,    ST LOUIS, MO 63150-2453
101611231       UNITED PARCEL SERVICE,    PO BOX 894820,    LOS ANGELES, CA 90189-4820
101611233       UPS SUPPLY CHAIN SOLUTIONS, INC.,    28013 NETWORK PLACE,    CHICAGO, IL 60673-1280
101611230       United Energy Trading, LLC,    PO Box 837,    Bismarck, ND 58502-0837
101611232      +United Rental Companies,    4621 NW St. Helen Rd.,    Portland, OR 97210-1259
101611234      +Valin Corporation,    18977 NE Portal Way,    Portland, OR 97230-4985
101611235      +Valmet Inc,    450 Pearl Street,    Stoughton, MA 02072-1617
101611236      +Valmet Inc. Beloit Service Ctr (blades),    1280 Willowbrook Road,    Beloit, WI 53511-6904
101611237       Van Link Transportation & Warehousing LT,    915 Cliveden Avenue,    Delta, BC V3M 5R6,    CANADA
101611238      +Vancouver Bolt and Supply Inc.,    805 W. 11th Street,    Vancouver, WA 98660-3056
101611239      +Vogt Warehouse,    1440 West 8th Street,    Cincinnati, OH 45203-1076
101611240      +Voith Paper Fabric Rolls - Springfield,    2885 Olympic Street,    Springfield, OR 97478-5540
101611241       WACO,    26661 Network Place,    Chicago, IL 60673-1266
101611242      +WALKER EMULSIONS INC.,    4401 SE JOHNSON CREEK BLVD,    PORTLAND, OR 97222-9218
101611243      +WALTER E. NELSON CO.,    5937 N. CUTTER CIRCLE,    PORTLAND, OR 97217-3940
101611244       WARDEN FLUID DYNAMICS,    2119 SE COL WAY  BLDG 2/S 320,    VANCOUVER, WA 98661
101611247       WESCO DISTRIBUTION,    Portland, OR 97210
101611249       WEST FRASER MILLS LTD,    501-858 BEATTY STREET,    Vancouver, BC V6B 1C1,    CANADA
101611250      +WESTMARK,    6701 SW MCEWAN RD.,    LAKE OSWEGO, OR 97035-7815
101611252      +WINSUPPLY of PORTLAND,    PO BOX 10720,    PORTLAND, OR 97296-0720
101611254       WSI Transportation, LLC,    PO Box 7110,    Appleton, WI 54912-7067
101611245       Warehouse Specialists, LLC,    PO Box 7110,    Appleton, WI 54912-7067
101611246      +Washington Audiology Services Inc.,    635 Andover Park West,    Tukwila, WA 98188-3349
101611251      #Whitney Equipment Co.,    21222 30TH DRIVE SE,    BETHEL, WA 98021-7019
101611253      +World Cup Coffee,    1740 NW Gilsan,    Portland, OR 97209-2225
101611255       X-Rite, Inc.,    Lockbox 62750,    Chicago, IL 60693-0627
101611256      +XEROX CORPORATION,    1800 SW 1ST AVE  #250,    PORTLAND, OR 97201-5333
101611257       Xibita Vancouver,    109-3551 Viking Way,    Richmond, BC V6V 1W1,    CANADA
101611258       ZORO,    P.O. Box 5233,    Janesville, WI 53547-5233
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
101610980      +E-mail/Text: jim.lipsmire@automationservice.com Feb 28 2018 02:25:56      AUTOMATION SERVICE,
                 13871 PARKS STEED DRIVE,    EARTH CITY, MO 63045-1406
101610997      +E-mail/Text: credit@bakersfieldpipe.com Feb 28 2018 02:25:37      BPS-Portland,
                 9468 N. Macrum Ave.,    Portland, OR 97203-2554
101611026       E-mail/Text: bankruptcynotices@co.clackamas.or.us Feb 28 2018 02:26:15
                 CLACKAMAS COUNTY TAX COLLECTOR,    PO BOX 6100,    PORTLAND, OR 97228-6100
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
101611016         E-mail/Text: bmg.bankruptcy@centurylink.com Feb 28 2018 02:26:18      Century Link,
                  PO Box 91155,    Seattle, WA 98111-9255
101620928        +E-mail/Text: bmg.bankruptcy@centurylink.com Feb 28 2018 02:26:18
                  CenturyLink Communications, LLC,    fka Qwest Communications Co, LLC,    Bankruptcy,
                  600 New Century Parkway,    New Century, KS 66031-1101
101577047        +E-mail/Text: bankruptcynotices@co.clackamas.or.us Feb 28 2018 02:26:15
                  Clackamas County Assessment & Tax,    150 Beavercreek Rd.,    Oregon City, OR 97045-4302
101611067        +E-mail/Text: scd_bankruptcynotices@grainger.com Feb 28 2018 02:26:12       Grainger,
                  6335 N. Basin Avenue,    Portland, OR 97217-3996
101611077        +E-mail/Text: melinda@nwcascade.com Feb 28 2018 02:26:43      HONEY BUCKET,    PO BOX 12923,
                  SALEM, OR 97309-0923
101611116         E-mail/Text: paul.swanson@marquette.com Feb 28 2018 02:26:09
                  MARQUETTE TRANSPORTATION FINANCE, INC.,    NW 7939,    MINNEAPOLIS, MN 55485-7939
101617726        +E-mail/Text: ebn@exchange.nscorp.com Feb 28 2018 02:26:29      Norfolk Southern Railway Company,
                  Law Dept,   Three Commercial Place,    Norfolk, VA 23510-9240
101611164        +E-mail/Text: susan.okelley@pcepacific.com Feb 28 2018 02:25:59       PCE PACIFIC, INC.,
                  22011 26th Ave SE,    BOTHELL, WA 98021-4900
101611171         E-mail/Text: dhanna@pcc.edu Feb 28 2018 02:26:15      Portland Community College,    PO BOX 19000,
                  PORTLAND, OR 97280-0990
101611227         E-mail/Text: accounts.receivable@uline.com Feb 28 2018 02:26:26       ULINE,   PO Box 88741,
                  Chicago, IL 60680-1741
101611231         E-mail/Text: bankruptcy@ups.com Feb 28 2018 02:27:15      UNITED PARCEL SERVICE,    PO BOX 894820,
                  LOS ANGELES, CA 90189-4820
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
101611173       ##+PORTLAND COMPRESSOR,    310 SE 12TH AVENUE,    PORTLAND, OR 97214-1322
101611248       ##+WEST COAST WIRE ROPE & RIGGING,    PO BOX 5999,    PORTLAND, OR 97228-5999
                                                                                             TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0
```

DISTRICT OF OREGON
F I L E D
February 27, 2018
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>West Linn Paper Company,<br><br>Alleged Debtor. | Case No. 17-33992-tmb7<br><br>**AMENDED ORDER DISMISSING INVOLUNTARY PETITION** |

This matter came to be heard on the Notice of Intent to Dismiss Involuntary Petition/Notice of Hearing [Docket #112] (the "**Notice**") indicating that West Linn Paper Company ("**West Linn**"), Belgravia Pulp Holdings, Inc. ("**BPH**") and 6200605 Canada Inc. ("**605 Canada**") (BPH and 605 Canada referred to collectively as the "**Second Lienholders**"), Resolute FP US Inc. ("**Resolute**"), Export Development Canada ("**EDC**") and West Fraser Forest Products, Inc. ("**West Fraser**") (Resolute, EDC and West Fraser collectively referred to as "**Petitioning Creditors**") had reached an agreement that would form the basis for their mutual consent to dismissal of the Case and the Involuntary Petition. West Linn and the Petitioning Creditors filed and served the Notice on all creditors in accordance with Bankruptcy Code § 303(j)(2) and Bankruptcy Rule 1017. A hearing having been held on February 20, 2018 before this Court (the "**Hearing**"), and based on the Court's review of all pleadings filed in this Case,

Page 1 of 3 - AMENDED ORDER DISMISSING INVOLUNTARY PETITION

the entire record of this Case (including the evidence submitted at all prior hearings), good cause appearing, and the Court having overruled any timely objections for the reasons set forth on the record of the Hearing,

**THE COURT HEREBY FINDS** that: (a) this Court has jurisdiction over this proceeding under 28 U.S.C. § 1334(b); (b) this Case has been properly referred to this Court under 28 U.S.C. § 157 and Local Rule 2100-1; (c) venue for this Case is proper in this district under 28 U.S.C. § 1408; and (d) venue for the proceedings on the Motion and the Notice is proper in this district under 28 U.S.C. § 1409.

**Therefore, IT IS HEREBY ORDERED ADJUDGED, AND DECREED that:**

The Involuntary Petition is dismissed pursuant to 11 U.S.C. § 303(j)(2), with prejudice and without costs to any party.

# # #

**PRESENTED BY:**

**BLAKELEY LLP**

By: /s/ Scott Blakeley
    Scott Blakeley (admitted *pro hac vice*)
    SEB@BlakeleyLLP.com
    18500 Von Karman Ave., Suite 530
    Irvine, CA 92612
    Telephone: (949) 260-0611
    Facsimile: (949) 260-0613

*Attorneys for the Petitioners*